David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*KIERA YANCY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIERA YANCY,<br><br>Plaintiff,<br><br>vs.<br><br>USHEALTH GROUP, INC., A TEXAS CORPORATION,<br><br>Defendants. | Case No.: 2:19-cv-00587-GMN-GWF<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND <u>USHEALTH GROUP, INC., A TEXAS CORPORATION</u>** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between KIERA YANCY ("Plaintiff") and Defendant USHEALTH GROUP, INC., A TEXAS CORPORATION ("USHEALTH") have been settled. Plaintiff and USHEALTH anticipate filing a Stipulation for Dismissal of Plaintiff's claims against USHEALTH, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing

requirements as to USHEALTH be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to USHEALTH.

Dated: May 13, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*
*KIERA YANCY*