David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
KIERA YANCY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIERA YANCY, <br><br> Plaintiff, <br> v. <br><br> USHEALTH GROUP, INC., A TEXAS CORPORATION, <br><br> Defendant. | **Case No. 2:19-cv-00587-GMN-GWF** <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), USHEALTH GROUP, INC., A TEXAS CORPORATION, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to USHEALTH GROUP, INC., A TEXAS CORPORATION requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:   June 25, 2019

                              Respectfully submitted,

                              By:   /s/David H. Krieger, Esq.
                                        David H. Krieger, Esq. (Nevada Bar No. 9086)
                                        HAINES & KRIEGER, LLC
                                        8985 S. Eastern Avenue, Suite 350
                                        Henderson, Nevada 89123
                                        *Attorney for Plaintiff*